ACCEPTED
01-15-00803-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 4:44:09 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00803-CV

_____

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/2/2015 4:44:09 PM
CHRISTOPHER A. PRINE
Clerk

_____

IN THE INTEREST OF A.L.F., D.P.F-A., E.E.F., B.E.H., Jr., and R.F.B., CHILDREN

_____

B.J.B., Appellant

v.

TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee

_____

On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2014-01773J

_____

*APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF*

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

B.J.B., appellant, moves the Court to extend the time to file his brief

to Monday, January 4, 2016 and in support thereof respectfully shows:

1.  This is an accelerated appeal.  Appellant's brief is due on

December 2, 2015.

2. Good cause exists to grant this motion. Within the last four and a half weeks, counsel prepared and filed appellant's brief in the following accelerated appeals: No. 14-15-00799-CV; styled: *In re J.D.A.*; no. 14-15-00601-CV; styled: *In re N.S.* and, no. 14-15-00864-CV; styled: *In re B.M.S.* Counsel is currently finishing the appellant's briefs in no. 14-15-00882-CV; styled: *In re K.I.B.C.* due on December 5, 2015 and no. 14-15-00904-CV; styled: *In re B.J.C., et al.* due on December 14, 2015.

3. In addition, this week trials are scheduled for two parental termination cases where counsel represents the mother in a case numbered 2014-04419J; styled: *In the Interest of R.A., Child* in the 313th District Court and a father in a case numbered 2014-00645J; styled: *In the Interest of R.P., et al., Children* in the 315th District Court.

4. Finally, in the last thirty days counsel has appeared in approximately 28 district and county court non-trial setting.

5. This extension is not sought for the purposes of delay but rather so that the ends of justice may be served.

WHEREFORE, B.J.B, appellant, prays that this motion be granted and that the time to file her brief be extended to Monday, January 4, 2015.

Respectfully submitted,

/s/ william m thursland

_____
William M. Thursland
TBN: 20016200
440 Louisiana St., Ste. 1130
Houston, TX 77002
Email: wmthursland@hotmail.com
(713) 655-0200 x 105;
Fax: (713) 655-9035

Attorney for Appellant, B.J.B

## CERTIFICATE OF CONFERENCE

Pursuant to TRAP 10.1(a)(5), I certify that appellee's counsel, R.J. Hazeltine-Shedd, is unopposed to this motion.

/s/ william m thursland

_____

William M. Thursland

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served on R.J. Hazeltine-Shedd, appellee counsel, Donald Crane, counsel for appellant father and Juli Crow, counsel for appellant mother, by electronic delivery on December 2, 2015.

/s/ william m thursland

_____

William M. Thursland